UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )  
                              )  
                              )  
v.                           )  
                              )  
PATRICK J. DUFFY            )  
                              )

Mag. No. 14-9218

1) Misdemeanor Class A VIOLATION   1924897

Offense on a Federal Reservation

    Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try persons accused of, and sentence persons convicted of, misdemeanor offenses against the laws of the United States, which were committed within a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day JOSHUA HAFETZ, Assistant U.S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

    On or about the 29th day of June 2014, at Gateway National Recreation Area (Sandy Hook), Highlands, New Jersey, in the District of New Jersey, PATRICK DUFFY, did, at approximately 1604 hours, at                       (Name of Accused)

Multi Use Path Middle:

1) knowingly possess a controlled dangerous substance, to wit: marijuana in violation of 1) 21 U.S.C. 844(a).

Further, this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

_____  
Joshua Hafetz  
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

9/24/14  
_____  
DATE

_____  
HONORABLE ANTHONY R. MAUTONE  
U.S. MAGISTRATE JUDGE

9/24/14 NK 10/8/14 NK 2/18/15